United States District Court
Southern District of Texas
**ENTERED**
October 29, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DIALLO MAMADOU HADY, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-3574 |
| | § | |
| WARDEN, HOUSTON CONTRACT DETENTION FACILITY, *et al.* | § | |
| | § | |
| | § | |
| Respondents. | § | |

**FINAL ORDER OF DISMISSAL**

Having been informed by the respondents that the petitioner was released from custody, and thus was granted the relief he seeks, the Court now **ORDERS** that this case is **DISMISSED**

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on October 29, 2026.

George C. Hanks Jr.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE